UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

FAITH BURNS and PEOPLE BUSINESS NETWORKING, INC.

    Plaintiffs and
    Counterclaim Defendants,

v.

WEIS BUILDERS, INC. and THE CITY OF MINNEAPOLIS,

    Defendants and
    Counterclaimant.

Civil No. 05-740 (MJD-AJB)

**ORDER**

---

Pursuant to the stipulation of dismissal filed in the above-captioned matter, the Court hereby orders that all claims of the individual plaintiff Faith Burns are hereby DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.


Dated: August 24, 2005

s/ Michael J. Davis
Judge Michael J. Davis
United States District Court