**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| People Business Networking, Inc.<br>Plaintiff, | **Civil No. Civ. 05-0740 (MJD/AJB)** |
| vs. | **ORDER** |
| Weis Builders, Inc. and City of Minneapolis,<br><br>Defendants. | |

Pursuant to the Stipulation of Dismissal of Conspiracy Claim filed in the above-captioned matter, the Court hereby orders that plaintiff's claim against defendants for conspiracy in violation of 42 U.S.C. § 1985 is hereby DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.

IT IS SO ORDERED this 3rd day of October, 2005.  Let judgment be entered accordingly.

                                    BY THE COURT:

                                    s / Michael J. Davis
                                    Hon. Michael J. Davis
                                    United States District Judge