UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Peoples Business Networking, Inc.

        Plaintiff,

v.

Weis Builders, Inc. and The City of
Minneapolis,

        Defendants.

Civil No. 05-740 (MJD-AJB)

**ORDER**

     Pursuant to the stipulation of dismissal filed in the above-captioned matter, the Court hereby orders that all claims of plaintiff Peoples Business Networking, Inc. against defendant Weis Builders, Inc. are hereby DISMISSED WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.

Dated: February 3, 2006                         s/ Michael J. Davis
                                                                                          Judge Michael J. Davis
                                                                                          United States District Court

M1:1289314.02