# UNITED STATES DISTRICT COURT
## District of Minnesota

Peoples Business Networking, Inc.

V.

Weis Builders, Inc. and the City of Minneapolis

## JUDGMENT IN A CIVIL CASE

Case Number: 05-740 MJD/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
all claims of plaintiff Peoples Business Networking, Inc. against defendant Weis Builders, Inc. are hereby DISMISSE D WITH PREJUDICE, with each of the parties to bear its own attorneys' fees, costs, and disbursements.

February 3, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Amy Linner
(By) Amy Linner, Deputy Clerk